UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

     v.                              CASE NO. 6:25-mj-1484-JRK

JOAO MARCELO MENDES MINILLO

**ORDER**

This matter before the Court is the government's <u>In Camera</u> motion to unseal (1) Complaint, (2) Supporting Paperwork, (3) Arrest Warrant, and (4) Motion to Seal filed in the instant case.

It is hereby ORDERED that the (1) Complaint, (2) Supporting Paperwork, (3) Arrest Warrant, and (4) Motion to Seal filed in the instant case be UNSEALED.

DONE AND ORDERED in Chambers at Orlando, Florida, this 18th day of July, 2025.

                                              HON. LESLIE HOFFMAN PRICE
                                              United States Magistrate Judge

Copies to:    Patrick M. Flanigan
                    Assistant United States Attorney