UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 6:25-cr-200-CEM-RMN
                                      18 U.S.C. § 844(i)

JOAO MARCELO MENDES-MINILLO
a/k/a Joao Marcelo Mendes Minillo
a/k/a Joao Mendes

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Arson Resulting in Injury)

On or about April 17, 2025, in the Middle District of Florida, the defendant,

JOAO MARCELO MENDES-MINILLO,
a/k/a Joao Marcelo Mendes Minillo,
a/k/a Joao Mendes,

did maliciously damage, by means of a fire, a building and property used in an activity affecting interstate and foreign commerce, namely, CVS Pharmacy located at 3300 South Orange Blossom Trail, Kissimmee, Florida, which prohibited conduct resulted in personal injury to victim K.H.T.

In violation of 18 U.S.C. § 844(i).

### FORFEITURE

1.      The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. §§ 844(c) and 982(a)(2)(B) and 28 U.S.C. § 2461(c).

2.  Upon conviction of a violation of 18 U.S.C. § 844, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, and pursuant to 18 U.S.C. § 844(c) and 28 U.S.C. § 2461(c), any explosive materials involved or used or intended to be used in the violation.

3.  If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████

Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
Patrick M. Flanigan
Assistant United States Attorney

By: _____
for Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
July 25                              No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Orlando Division

## THE UNITED STATES OF AMERICA

vs.

### JOAO MARCELO MENDES-MINILLO
a/k/a Joao Marcelo Mendes Minillo
a/k/a Joao Mendes

## INDICTMENT

Violations:   18 U.S.C. § 844(i)

A true bill,

_____
Foreperson

Filed in open court this 16th day of July 2025.

_____
Clerk

Bail $_____

GPO 863 52